# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 3:17-cr-00090-LRH-CSD |
| Plaintiff, | |
| v. | **Order Granting** |
| | **Motion to Dismiss the Indictment with** |
| Raul Estrada-Villalobos, | **Prejudice** |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a) and in the interest of justice, and upon leave of Court, the United States hereby dismisses with prejudice the Indictment against defendant Raul Estrada-Villalobos.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 23rd day of March, 2022.

LARRY R. HICKS
United States District Judge

3