1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721
   Tel: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAUL A. ESTRADA-VILLALOBOS
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:22-mj-00037-SKO
12 |         Plaintiff,                | **ORDER FOR RETURN OF PASSPORT**
13 | vs.                               |
14 | RAUL A. ESTRADA-VILLALOBOS,       |
15 |         Defendant.                |

16

17        On March 14, 2022, Raul A. Estrada-Villalobos surrendered his El Salvadorian passport

18 to the Clerk of Court pursuant to this Court's Order Setting Conditions of Release. *See* ECF #7

19 (receipt for passport); ECF #8 (order setting conditions of release). The pending case against Mr.

20 Estrada-Villalobos has now been dismissed in the District of Nevada. Accordingly, the Clerk of

21 Clerk is hereby directed to return Mr. Estrada-Villalobos's passport to him.

22        IT IS SO ORDERED.

23

24

25  Dated: 3/23/2022                          *Sheila K. Oberto*
                                              HONORABLE SHEILA K. OBERTO
26                                            United States Magistrate Judge

27

28